UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 2064
NEWARK, NJ 07101
973-645-3827

May 31, 2018

## LETTER OPINION-ORDER

Re: D.E. 38, Motion to Appoint Pro Bono Counsel
MUHAMMAD v. MEO et al
Civil Action 17-cv-05056 (JLL)(SCM)

Dear Litigants:

This matter comes before the Court upon review of Plaintiff Yusuf Abdullah Muhammad's ("Mr. Muhammad") Motion to Appoint *Pro Bono* Counsel.[1] The Court has reviewed Mr. Muhammad's Motion and for the reasons set forth herein it is **denied**.

This Court denied Mr. Bragg's previous motion for the appointment of *pro bono* counsel[2] after analyzing the *Tabron*[3] factors. On January 26, 2018 Mr. Bragg filed petition for name change because he legally changed his name to Mr. Yusuf Abdullah Muhammad.[4] This Court granted the petition and ordered that the clerk of the court update the electronic docket to reflect Plaintiff's name changed from Mr. Bragg to Mr. Muhammad.[5] Mr. Muhammad's second motion to appoint *pro bono* counsel does not provide any new information that would change the Court's analysis. Here, Mr. Muhammad repeats the same arguments. Because Mr. Muhammad's motion is duplicative of his prior motion,[6] the Court denies this motion for the same reasons it outlined in its Letter Order[7] on Mr. Muhammad's first motion.

The Court is, as always, sympathetic to any disadvantages of the parties that come before it. Accordingly, the Court will closely monitor the considerations raised by Mr. Muhammad's Motion for Pro Bono Counsel throughout case management and, as the case moves forward, it may exercise its

---

[1] (ECF Docket Entry No. ("D.E.") 38, Pl.'s Mot.).

[2] (D.E. 22, Order, November 17, 2017).

[3] *Tabron v. Grace*, 6 F.3d 147, 156 (3d Cir. 1993).

[4] (D.E. 32, Application/Petition, January 26, 2018).

[5] (D.E. 33, Order, February 1.2018).

[6] (D.E. 8, Pl.'s Mot., August 8, 2017).

[7] (D.E. 22).

discretion to appoint counsel *sua sponte* should any of the above discussed considerations change.[8]

As the *Tabron* factors weigh against appointment for Mr. Wilson's first motion, the Court will deny Mr. Wilson's second motion as well.

The Clerk of the Court is ordered to mail a copy of this Order to Mr. Muhammad.

**IT SO ORDERED.**

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

5/31/2018 3:06:21 PM

Original: Clerk of the Court
Hon. Jose L. Linares, U.S.D.J.
cc: All parties

YUSUF ABDULLAH MUHAMMAD
S.B.I. 430637B
#1102980
NEW JERSEY STATE PRISON
P.O. BOX 861
TRENTON, NJ 08625
PRO SE

---

[8] *See Tabron*, 6 F.3d at 156; *Christy*, 216 F. Supp. 2d at 406.